UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.     **RE:**    **Timoteo Valle, Jr.**
United States District Judge                   **Docket Number: 0972 2:02CR00213-005**
Sacramento, California                       **PERMISSION TO TRAVEL**
                                                        **OUTSIDE THE COUNTRY**

Your Honor:

Timoteo Valle, Jr. is requesting permission to travel to Juchipila, Zacatecas, Mexico. Timoteo Valle, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 12, 2003, Timoteo Valle, Jr. was sentenced for the offenses of 21 USC 846, 841(a)(1) – Conspiracy to Manufacture Methamphetamine (Ct. 1); 21 USC 846 and 841(c)(2) – Conspiracy to Possess a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine (Ct. 2); 21 USC 841(c)(2) – Possession of a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine (Ct. 3); 18 USC 924(c) – Use, Carrying, and Possession of a Firearm During a Drug Trafficking Offense (Ct. 5).

**Sentence Imposed:** 180 months Bureau of Prisons; 60 months Supervised Release; and $400 Special Assessment (Paid). Special conditions include: Warrantless Search; Financial Disclosure; Drug/Alcohol Treatment; Drug/Alcohol Testing; Pager/Cellular Phone Restriction; Aftercare Co-payment; Drug Registration.

**Dates and Mode of Travel:** Traveling from January 12, 2018, through January 28, 2018. Traveling through Aeromexico Airlines.

**Purpose:** Family matters.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE: **Timoteo Valle Jr**
**Docket Number: 0972 2:02CR00213-005**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: November 8, 2017
Fresno, California
TDM/rmv

**REVIEWED BY:** /s/ Brian J. Bedrosian

**Brian J. Bedrosian**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

**Dated: November 28, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE