UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Timoteo Valle, Jr.**<br>Docket Number:  0972 2:02CR00213-005<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Timoteo Valle, Jr. is requesting permission to travel to Zacatecas, Mexico.   Timoteo Valle, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 12, 2003, Timoteo Valle, Jr. was sentenced for the offenses of 21 USC 846, 841(a)(1), Conspiracy to Manufacture Methamphetamine; 21 USC 846 and 841(c)(2), Conspiracy to Possess a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine; 21 USC 841(c)(2), Possession of a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine; 18 USC 924(c), Use, Carrying, and Possession of a Firearm During a Drug Trafficking Offense.

**Sentence Imposed:**  180 months Bureau of Prisons; 60 months Supervised Release; and $400 Special Assessment (Paid).

**Dates and Mode of Travel:**  Traveling from January 11, 2019, through January 27, 2019. Traveling through Aeromexico Airlines.

**Purpose:**  Visit family.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE: Timoteo Valle Jr**
**Docket Number: 0972 2:02CR00213-005**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated: December 18, 2018
Fresno, California
AG/dp

**REVIEWED BY:** *Tim D. Mechem*
**Tim D. Mechem**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved ☐ Disapproved

**Dated: December 29, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE