# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### M E M O R A N D U M

Honorable Morrison C. England, Jr.  **RE:  Timoteo Valle, Jr.**
United States District Judge  **Docket Number:  0972 2:02CR00213-005**
Sacramento, California  **<u>PERMISSION TO TRAVEL</u>**
**<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Timoteo Valle, Jr. is requesting permission to travel to Zacatecas, Mexico.   Timoteo Valle, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 12, 2003, Timoteo Valle, Jr. was sentenced for the offenses of 21 USC 846, 841(a)(1), Conspiracy to Manufacture Methamphetamine; 21 USC 846 and 841(c)(2), Conspiracy to Possess a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine; 21 USC 841(c)(2), Possession of a Listed Chemical with Knowledge, or Having Reasonable Cause to Believe, That It Would Be Used to Manufacture Methamphetamine; 18 USC 924(c), Use, Carrying, and Possession of a Firearm During a Drug Trafficking Offense.

**Sentence Imposed:**  180 months Bureau of Prisons; 60 months Supervised Release; and $400 Special Assessment (Paid).

**Dates and Mode of Travel:**  Traveling from January 11, 2019, through January 27, 2019. Traveling through Aeromexico Airlines.

**Purpose:**  Visit family.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_COURT MEMO.DOTX

RE:     Timoteo  Valle Jr
        Docket Number:  0972 2:02CR00213-005
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                              Respectfully submitted,

                              */s/ Adrian Garcia*

                              Adrian Garcia
                              United States Probation Officer

Dated:     December 18, 2018
           Fresno, California
           AG/dp


REVIEWED BY:          *Tim D. Mechem*
                      **Tim D. Mechem**
                      **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

   ☒ Approved   ☐ Disapproved


**Dated:  January 9, 2019**

                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_COURT MEMO.DOTX